BK1100744
SRD

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# AT COLUMBUS

IN RE:                                                  Case No. 10-64914

Ernest G. Drumm                                         Chapter 7

                                                        Judge Preston
                    Debtor

                                                        **Trustee's Abandonment of Property 89
                                                        MYRTLE AVENUE  NEWARK, OH 43055**

On request of the secured creditor, U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED HERETO.


                                                        /s/ Amy L. Bostic, Trustee

CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE / NO OBJECTION

  This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

            /s/ Edward J Boll, Case Attorney
            LERNER, SAMPSON & ROTHFUSS
            Bar Registration No. 0072982
            Amy D. Vogel, Esq.
            Bar Registration No. 0075169
            Attorneys for Movant
            PO Box 5480
            Cincinnati, OH 45201-5480
            (513) 241-3100 ext. 3202
            (513) 354-6464 fax
            sohbk@lsrlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company, was electronically transmitted on or about February 24, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Tad A Semons, Esq.
85 E. Gay St.
Suite 508
Columbus, OH 43215
tsemons@sbcglobal.net

Amy L. Bostic, Trustee
50 West Broad Street
Suite 1200
Columbus, OH 43215
abostic@lnlattorneys.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company, was transmitted on or about February 24, 2011 via regular U.S. mail, postage pre-paid:

Ernest G. Drumm
89 Myrtle Ave.
Newark, OH 43055

Nichole M. Drumm
884 King Road, Apt. F
Newark, OH 43055

/s/ Edward J Boll, Case Attorney